NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David R. Flyer
Raquel Flyer Dachner
Flyer & Flyer, a Professional Law Corporation
4120 Birch St Ste 101
Newport Beach, CA 92660
949-622-8444

ATTORNEY(S) FOR: Plaintiff JANE DOE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:23-cv-01324 |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, and DOES 1 to 10, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ JANE DOE _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jane Doe | Plaintiff |
| Rob Bonta | Defendant, in his official capacity as Attorney General of the State of California |

July 24, 2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

David R. Flyer, Attorney for Plaintiff Jane Doe