1  David R. Flyer, Bar #100697
   Raquel Flyer, Bar #282248
2  **FLYER & FLYER, A Professional Law Corporation**
   4120 Birch St., Ste. 101
3  Newport Beach, CA 92660
   (949) 622-8445
4  (949) 622-8448 (fax)
   davidflyer@flyerandflyer.com
5  raquelflyer@flyerandflyer.com

6  Attorneys for Plaintiff
   JANE DOE
7

8  IN THE UNITED STATES DISTRICT COURT FOR

9  THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11 JANE DOE,                                              ) Case No. 8:23-cv-01324
                                                          )
12         Plaintiff,                                     ) **NOTICE OF MOTION TO**
                                                          ) **REQUEST TO PROCEED**
13 vs.                                                    ) **ANONYMOUSLY**
                                                          )
14 ROB BONTA, in his official capacity as                 ) [Filed in support of Doc. 004,
   Attorney General of the State of California,           ) Memorandum of Points and
15 and DOES 1 TO 10,                                      ) Authorities, Declaration of David R.
                                                          ) Flyer and Proposed Order]
16         Defendants.                                    )
   _____                ) U.S. District Court Judge:
17                                                           Honorable Fred W. Slaughter
                                                             Courtroom:      10D
18                                                           U.S. Magistrate Judge:
                                                             Honorable Autumn D. Spaeth
19                                                           Courtroom:      6B
                                                             Complaint filed: July 24, 2023
20                                                           Hearing Date:   August 31, 2023
                                                             Time:           10:00 a.m.

21 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

22        PLEASE TAKE NOTICE that on August 31, 2023, at 10:00 a.m., or as soon

23 thereafter as this matter may be heard in the above-entitled U.S. District Court,

24 located at Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701-4516, Plaintiff

25 Jane Doe will move the Court for Order to proceed anonymously.  The matter was

26 specially set by Court Order at Doc. 012.

27        This motion is based upon this notice, the memorandum of points and

28 authorities, the declaration of David R. Flyer, the complete files and records in this

-1-

[C:\ALL FILES\A2165.02\drafts\NtcMtn-FF.01pld.wpd]

1. action, and upon such oral and documentary evidence as may be allowed at the
2. hearing of this motion.
3.     Telephonic and written conferences of counsel pursuant to L.R. 7.3, were not
4. held, since the Doe filing occurred in the Complaint at the outset of retention of
5. counsel for Defendants.

Respectfully submitted,

FLYER & FLYER, A PROFESSIONAL LAW CORPORATION

Dated: August 2, 2023      By:    /s/ David R. Flyer
David R. Flyer, Raquel Flyer
Attorneys for Plaintiff JANE DOE

[C:\ALL FILES\A2165.02\drafts\NtcMtn-FF.01pld.wpd]

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4120 Birch St., Ste. 101, Newport Beach, CA 92660.

On August 2, 2023, I served the foregoing document described as NOTICE OF MOTION TO REQUEST TO PROCEED ANONYMOUSLY, on the interested parties, as follows:

Rob Bonta, in his official capaciy as Attorney General of the State of California
300 S. Spring St Ste 1700
Los Angeles, CA 90013-1256

☒   BY MAIL: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party/ies served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in declaration.

☐   BY EMAIL: On _____, ____, I emailed the document to the person(s) at the email addresses listed above. No error was reported.
.

Executed on August 2, 2023, at Newport Beach, California.

(Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                        /s/  Willa Phillips
                                        WILLA PHILLIPS

[C:\ALL FILES\A2165.02\drafts\NtcMtn-FF.01pld.wpd]