_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-cv-01324-FWS-ADS                         Date: December 28, 2023
Title: Jane Doe v. Rob Bonta *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Erica Bustos for Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                                       Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER UNSEALING CASE AND SEALING DOCUMENTS AT DKTS. 22-3, 22-4, 22-5**

On December 28, 2023, the court issued an order denying Plaintiff Jane Doe's ("Plaintiff") Motion for Preliminary Injunction, denying Plaintiff's Motion to Strike, and granting Plaintiff's Motion to Seal ("December 28, 2023, Order"). (Dkt. 39.) In the December 28, 2023, Order, the court found compelling reasons to seal three documents submitted in connection with Plaintiff's Motion for Preliminary Injunction: (1) Plaintiff's declaration, (Dkt. 22-3); (2) a state court order in which she obtained declaratory relief exempting her from certain prohibitions imposed by California Welfare and Institutions Code § 8103, (Dkt. 22-3); and (3) the e-mail denying her concealed carry weapon license application, which contained her name, email, address, date of birth, and signature, (Dkt. 22-5). (Dkt. 39 at 6-8.) The court also found that Plaintiff met the standard to proceed anonymously. (*Id.* at 7-8.) For those two reasons, the court granted the Motion to Seal. (*Id.* at 8.) Subsequent to the court's December 28, 2023, Order, the case was sealed in its entirety. (*See generally* Dkt.)

Under Federal Rule of Civil Procedure 5.2, a district court "may later unseal the filing or order the person who made the filing to file a redacted version for the public record." Fed. R. Civ. P. 5.2(d); *see also Rosales v. Idaho Dep't of Health & Welfare*, 2020 WL 2841776, at *2 n.2 (D. Idaho June 1, 2020) ("In sealing the Complaint . . . the [c]ourt was acting sua sponte

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-cv-01324-FWS-ADS                              Date: December 28, 2023
Title: Jane Doe v. Rob Bonta *et al.*

under the Federal Rule of Civil Procedure 5.2(d)."). "While this Rule plainly gives a district court discretion to seal or redact filed documents, how that discretion is exercised depends on the reasons for sealing or redaction, when the request is made, and whether the appropriate legal standard is met." *Gamble v. Arpaio*, 2013 WL 142260, at *1 n.1 (D. Ariz. Jan. 11, 2013).

In this case, the court's December 28, 2023, Order pertains only to the three documents listed above, (Dkts. 22-3, 22-4, 22-5), and Plaintiff's ability to proceed anonymously. (*See* Dkt. 39 at 6-8.) Because Plaintiff demonstrated compelling reasons to seal only these three documents and sealing applications must also be "narrowly tailored to seal only the sealable material," L.R. 79-5.2.2(a)(ii), the court **ORDERS** the case unsealed with the exception of the documents at Docket Nos. 22-3, 22-4, and 22-5. This Order also does not affect the court's December 28, 2023, Order allowing Plaintiff to proceed anonymously.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: mku